IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER THORNTON,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**AMF BOWLING CENTERS, INC.,** )<br>)<br>Defendant. )<br>) | **CIVIL ACTION NO.**<br><br>2:17-CV-00165-WC |

## NOTICE OF VOLUNTARY DISMISSAL

**COMES NOW** the Plaintiff, Christopher Thornton, (hereinafter "Plaintiff") by and through their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) *Fed. R. Civ. P.*, hereby moves the Court to dismiss this action and states as grounds:

1. Plaintiff and Defendant have resolved this matter, and

2. There is no compelling reason for the case to continue in Plaintiff's view.

**WHEREFORE**, premises considered, Plaintiff, Christopher Thornton, moves this honorable Court to dismiss this action with prejudice.

Respectfully Submitted, this the 7th Day of June, 2017.

/s/*L. Landis Sexton*
L. LANDIS SEXTON
BPR # AL-5057N71L
The ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36116
334.819.4030 p
334.819.4032 f
LLS@ADA-Firm.com
*Attorney for the Plaintiff*

[1]

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed with the Clerk of Court the aforementioned document for service of process by USPS mail or electronic mail, postage prepaid and properly addressed this 7th day of June, 2017 to the following:

**Rick Chung**
General Counsel
Bowlmor AMF Corp.
222 West 44th Street
New York, New York 10036
212.777.2214 p
RChung@Bowlmor-AMF.com

                    /s/*L. Landis Sexton*
                    **L. LANDIS SEXTON**
                    **BPR # AL-5057N71L**
                    The ADA Group LLC
                    4001 Carmichael Road, Suite 570
                    Montgomery, Alabama 36116
                    334.819.4030 p
                    334.819.4032 f
                    LLS@ADA-Firm.com
                    *Attorney for the Plaintiff*