**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK
One Church Street; Room B-110
MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 8, 2017

### NOTICE OF DISMISSAL PURSUANT TO RULE 41

**Cassie E. Taylor**
Attorneys for Disabled Americans Group LLC
4001 Carmichael Road
Suite 570
Montgomery, AL 36116

**Lowell Landis Sexton**
ADA Group LLC
4001 Carmichael Road; Suite 570
MONTGOMERY, AL 36116

**Tracy G. BirdSong**
The ADA Group LLC
2047 Carter Hill Rd
Montgomery, AL 36106

**AMF Bowling Centers, Inc.**
c/o CT Corporation System, Registered Agent
2 North Jackson Street; Suite 605
Montgomery, AL 36104

Re:   Thornton v. AMF Bowling Centers, Inc.
      Civil Action No. 2:17-cv-00165-WC

Dear Sirs:

    Pursuant to the Notice of Voluntary Dismissal filed by the Plaintiff on June 7, 2017, this case has been closed and removed from the pending docket of this court.

                                                  Sincerely,

                                                  DEBRA P. HACKETT, CLERK